Peter R. Ginsberg
(Pro Hac Vice Pending)
prginsberg@sullivanlaw.com
Michell C. Stein
mstein@sullivanlaw.com
Clark A. Freeman
cfreeman@sullivanlaw.com
**SULLIVAN & WORCESTER LLP**
1633 Broadway, 32nd Floor
New York, New York 10019
(212) 660-3000; (212) 660-3001 fax

Scott L. Metzger (Bar No. 89718)
metzger@dsmw.com
William P. Keith (Bar No. 270587)
keith@dsmw.com
**DUCKOR SPRADLING METZGER & WYNNE**
A Law Corporation
101 West Broadway, Suite 1700
San Diego, California 92101
(619) 209-3000; (619) 209-3043 fax

Attorneys for Plaintiff
KAWHI LEONARD

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAWHI LEONARD,<br><br>    Plaintiff,<br><br>v.<br><br>NIKE, INC.<br><br>    Defendant. | CASE NO.: 3:19-cv-01035-BAS-BGS<br><br>**NOTICE OF APPEARANCE BY WILLIAM P. KEITH**<br><br>Action Filed:<br>Trial Date: None set |

**TO ALL PARTIES AND TO THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT William P. Keith (State Bar Number 270587), Shareholder in the law firm of Duckor Spradling Metzger & Wynne, hereby files this Notice of Appearance in the above-entitled matter as co-counsel for Plaintiff KAWHI LEONARD.

1  Counsel respectfully requests that copies of all briefs, motions, orders, correspondence and other papers be electronically served on the undersigned at keith@dsmw.com.

DATED: June 4, 2019

**DUCKOR SPRADLING METZGER & WYNNE**
A Law Corporation


By: /s/ William P. Keith
    SCOTT L. METZGER
    WILLIAM P. KEITH
    Attorneys for Plaintiff
    KAWHI LEONARD