Civil Action No. __19CV1035 BAS BGS__            Date Issued: _____6/3/19_____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* __Nike Inc. c/o United Agent Group Services, Inc. - Agent for Service of Process__

was received by me on *(date)* _____6/6/19_____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of the individual)* __Christian Larranaga, Receptionist/Authorized Person__, who is designated by law to accept service of process on behalf of *(name of organization)* __United Agent Group Services, Inc. - Agent for Service of Process for Nike, Inc.__ on *(date)* __6/10/19 1:45am__; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ __110.00__ for travel and $ _____ for services, for a total of $ __110.00__.

I declare under penalty of perjury that this information is true.

Date: _____6/11/19_____

*Server's Signature*

__Alfredo Ricardo Paz - Reg #3267 Los Angeles County__
*Printed name and title*

__Nationwide Legal 110 W C St Ste 1211, San Diego, CA 92101__
*Server's address*

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

SD 30118