STANLEY J. PANIKOWSKI (Bar No. 224232)
stanley.panikowski@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Tel: 619.699.2700
Fax: 619.699.2701

Attorneys for Defendant
NIKE, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAWHI LEONARD, | CASE NO. 3:19-cv-1035-BAS-BGS |
| Plaintiff, | **NOTICE OF APPEARANCE OF STANLEY J. PANIKOWSKI AS COUNSEL FOR DEFENDANT NIKE, INC.** |
| v. | |
| NIKE, INC., | |
| Defendant. | |

Defendant NIKE, Inc. hereby files this Notice of Appearance of counsel, Stanley J. Panikowski, with the law firm of DLA Piper LLP (US), in the above-captioned case.

Dated: June 20, 2019

DLA PIPER LLP (US)

*/s/ Stanley J. Panikowski*
STANLEY J. PANIKOWSKI
401 B Street, Suite 1700
San Diego, CA 92101
Tel: 619.699.2700
Fax: 619.699.2701

Attorneys for Defendant
NIKE, Inc.