# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Kawhi Leonard

Plaintiff,

v.

Nike, Inc.

Defendant.

Civil No. 3:19-cv-1035-BAS-BGS

# PRO HAC VICE APPLICATION

Nike, Inc.
Party Represented

I, Matthew Ganas (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: DLA Piper LLP (US)
Street address: 1251 Avenue of the Americas, 27th Floor
City, State, ZIP: New York, NY 10020-1104
Phone number: 212.335.4500
Email: matt.ganas@dlapiper.com

That on 02/15/2013 (Date) I was admitted to practice before Southern District of New York (Name of Court)

and am currently in good standing and eligible to practice in said court,
that I am not currently suspended or disbarred in any other court, and
that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____ Date of Application _____
Application: ☐ Granted ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Stanley J. Panikowski                    619.699.2700
(Name)                                   (Telephone)

DLA Piper LLP (US)
(Firm)

401 B Street, Suite 1700                 San Diego, CA          92101
(Street)                                 (City)                 (Zip code)

_____
(Signature of Applicant)

I hereby consent to the above designation.

_____
(Signature of Designee Attorney)


American LegalNet, Inc.
www.FormsWorkFlow.com