STANLEY J. PANIKOWSKI (Bar No. 224232)
stanley.panikowski@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Tamar Y. Duvdevani (*pro hac vice*)
tamar.duvdevani@dlapiper.com
Matthew N. Ganas (*pro hac vice*)
matt.ganas@dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: 212.335.4500
Fax: 212.335.4501

*Attorneys for Defendant NIKE, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAWHI LEONARD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NIKE, INC.,<br><br>　　　　Defendant. | Case No. 19-cv-01035-BAS-BGS<br><br>**DEFENDANT NIKE, INC.'S RULE 7.1 DISCLOSURE STATEMENT** |

Defendant NIKE, Inc. files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states the following:

NIKE, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: June 21, 2019

By */s/ Stanley J. Panikowski*
STANLEY J. PANIKOWSKI
stanley.panikowski@dlapiper.com
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

Of Counsel:

Tamar Y. Duvdevani (*pro hac vice*)
tamar.duvdevani@dlapiper.com
Matthew N. Ganas (*pro hac vice*)
matt.ganas@dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: 212.335.4500
Fax: 212.335.4501

**ATTORNEYS FOR DEFENDANT NIKE, INC.**