STANLEY J. PANIKOWSKI (Bar No. 224232)
stanley.panikowski@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Tel: 619.699.2700
Fax: 619.699.2701

Tamar Y. Duvdevani (*pro hac vice*)
tamar.duvdevani@dlapiper.com
Matthew N. Ganas (*pro hac vice*)
matt.ganas@dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: 212.335.4500
Fax: 212.335.4501

*Attorneys for Defendant NIKE, Inc.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAWHI LEONARD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NIKE, INC.,<br><br>　　　　Defendant. | CASE NO. 19-cv-01035-BAS-BGS<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

| | |
|---|---|
| 1 | Pursuant to Local Civil Rule 7.2, Plaintiff Kawhi Leonard and Defendant |
| 2 | Nike, Inc. ("NIKE") jointly move for an extension of time for NIKE to file an |
| 3 | Answer or otherwise respond to Plaintiff's Complaint. |

Pursuant to Local Civil Rule 7.2, Plaintiff Kawhi Leonard and Defendant Nike, Inc. ("NIKE") jointly move for an extension of time for NIKE to file an Answer or otherwise respond to Plaintiff's Complaint.

Based on the service date of the Complaint, NIKE's answer or other response to the Complaint would be due on July 1, 2019. In view of previously scheduled commitments and deadlines, NIKE wishes to obtain from the Court an extension of time to July 17, 2019 to answer or otherwise respond to the Complaint. Plaintiff has agreed to NIKE's request for an extension.

The parties therefore respectfully ask the Court for a an extension of time to July 17, 2019 for NIKE to file its answer or otherwise respond to the Complaint.

Dated: June 21, 2019

**DLA PIPER LLP (US)**

*/s/ Stanley J. Panikowski*
STANLEY J. PANIKOWSKI
401 B Street, Suite 1700
San Diego, CA 92101
Tel: 619.699.2700
Fax: 619.699.2701

Of Counsel:

Tamar Y. Duvdevani (*pro hac vice*)
Matthew N. Ganas (*pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: 212.335.4500
Fax: 212.335.4501

*Attorneys for Defendant NIKE, Inc.*

| | | |
|---|---|---|
| 1 | Dated: June 21, 2019 | **DUCKOR SPRADLING** |
| 2 | | **METZGER & WYNNE** |
| 3 | | */s/Scott L. Metzger* |
| 4 | | SCOTT L. METZGER |
| | | William P. Keith |
| 5 | | 101 West Broadway, Suite 1700 |
| 6 | | San Diego, California 92101 |
| | | Tel: 619.209.3000 |
| 7 | | Fax: 619.209.3043 |
| 8 | | Of Counsel: |
| 9 | | |
| 10 | | **SULLIVAN & WORCESTER LLP** |
| 11 | | Peter R. Ginsberg (*pro hac vice* pending) |
| 12 | | Mitchell C. Stein |
| 13 | | Clark A. Freeman |
| | | 1633 Broadway, 32nd Floor |
| 14 | | New York, New York 10019 |
| 15 | | Tel: 212.660.3000 |
| | | Fax: 212.660.3001 |
| 16 | | |
| 17 | | *Attorneys for Plaintiff Kawhi Leonard* |

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Plaintiff Kawhi Leonard, and that I have obtained counsel's authorization to affix Mr. Metzger's electronic signature to this document.

Dated: June 21, 2019

DLA PIPER LLP (US)

By */s/ Stanley J. Panikowski*
STANLEY J. PANIKOWSKI
stanley.panikowski@dlapiper.com
Attorneys for Defendant NIKE, Inc.