# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAWHI LEONARD,<br><br>    Plaintiff,<br><br>v.<br><br>NIKE, INC.,<br><br>    Defendant. | Case No. 19-cv-01035-BAS-BGS<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**<br><br>**[ECF No. 11]** |

Presently before the Court is the parties' Joint Motion for Extension of Time to Answer or Otherwise Respond to Complaint. (ECF No. 11.) Defendant requests a 16-day extension in which to respond to Plaintiff's Complaint. Good cause appearing, the Court **GRANTS** the Joint Motion. Defendant **SHALL** respond to the Complaint <u>on or before July 17, 2019.</u>

**IT IS SO ORDERED.**

**DATED: June 24, 2019**

Hon. Cynthia Bashant
United States District Judge