# EXHIBIT D





# Kawhi Leonard Says "The Claw" Logo was His Idea

OCT 29, 2014

https://www.nicekicks.com/kawhi-leonard-says-claw-logo-idea/   Go   MAY **JUN** JUL ◀ **04** ▶ 2018 **2019** 2020

1 capture
4 Jun 2019

▼ About this capture

The $400 "Pure Platinum" Jordan Shine, a September-released shoe limited to 500 pairs, sat at the base of San Antonio Spurs forward **Kawhi Leonard's** locker while he closely examined a totally different shoe in his hands that was much more valuable in his eyes. The shoe that demanded his attention at the moment was an **Air Jordan 6** player exclusive that featured his brand new "The Claw" logo on the heel.

"I came up with the idea of incorporating my initials in this logo," said Leonard after shooting around in the shoe prior to the Spurs season opener last night. "I drew up the rough draft, sent it over and they (Jordan Brand) made it perfect."

The graphic is inspired by the nickname his Spurs teammates gave him, "The Claw," because of his enormous hands and ability to make stunning plays with his metacarpi. The logo specifically takes the shape of a sizable hand and also interweaves his initials. Leonard stated that he saw the final version for the first time this past Saturday.

"I give the Jordan Brand team all the credit because I'm no artist at all," Leonard. "They refined it and made it look better than I thought it would ever be, and I'm extremely happy with the final version."

David Lujan, the San Antonio Spurs head ball boy, was one of the first persons in the organization to see the shoe, as he helps handle the incoming shoe and apparel shipments alongside the equipment manager.

"I think it's a really awesome, fresh and creative," said Lujan. "It's a perfect blend of his nickname and initials, and we were all fired up when we first saw it."

"The Claw" nickname is sort of a myth amongst the Spurs roster and managerial team. No one knows who exactly created the nickname, when it first started or who initiated the hand gesture that you see the Spurs bench do when Kawhi makes one of those plays.

"I'm not sure who specifically came up with "The Claw" nickname, but I think it was Boris Diaw because he's known for coming up with stuff like that," said Cory Joseph, the Spurs backup point guard. "It's just cool to see the nickname go from something we started amongst ourselves to a real logo on one of his shoes."

"At the end of the day, we all know what the Jordan logo means and you can't take anything away from that," said Leonard. "But it's pretty cool to have my own logo on a Jordan shoe."

**Click Page 2 to check out more photos of Kawhi Leonard and his new Air Jordan 6 PE.**

1   **2**   NEXT PAGE →

LIKE    TWEET



### George Kiel III

Editor-In-Chief of NiceKicks.com | Video Host of Sneak Peek, Kicks On Court Weekly and Sole Access | Founder of the Kick & Roll Classic Basketball Event

#KAWHI LEONARD    #SAN ANTONIO SPURS

CONVERSE

Converse Chuck Taylor 1970s Hi "Woven Textile"

VIEW POST

ASICS

Sneaker Freaker x ASICS Gel Kayano "Melvin" Releasing at Additional Retailers

final





TWITTER 845K

FACEBOOK 1M

YOUTUBE 657K

About
Contact
Shop



We are sneakers.

https://www.nicekicks.com/kawhi-leonard-says-claw-logo-idea/

Go

MAY JUN JUL
◀ **04** ▶
2018 **2019** 2020

1 capture
4 Jun 2019

▼ About this capture