STANLEY J. PANIKOWSKI (Bar No. 224232)
stanley.panikowski@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Tel:  619.699.2700
Fax:  619.699.2701

Tamar Y. Duvdevani (*pro hac vice*) (NY Bar No. 4148847)
tamar.duvdevani@dlapiper.com
Matthew N. Ganas (*pro hac vice*) (NY Bar No. 5070636)
matt.ganas@dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York  10020-1104
Tel:  212.335.4500
Fax: 212.335.4501

*Attorneys for Defendant NIKE, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAWHI LEONARD,<br><br>          Plaintiff,<br><br>     v.<br><br>NIKE, INC.,<br><br>          Defendant. | CASE NO.  19-cv-01035-BAS-BGS<br><br>**DEFENDANT NIKE, INC.'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE**<br><br>Date:  August 19, 2019<br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br>Courtroom:  4B<br>Judge:  The Hon. Cynthia A. Bashant |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on August 19, 2019, Defendant NIKE, Inc. will and hereby does move this Court, located at 221 W. Broadway, San Diego, California 92101, for an order transferring this action to the District of Oregon pursuant to 28 U.S.C. 1404(a).  This Motion is made following the conference of counsel that took place on July 9, 2019.

The Motion should be granted because the parties knowingly and willingly entered into a valid and enforceable forum selection agreement, which governs all asserted claims, defenses, and counterclaims in this action, and which establishes a court of competent jurisdiction in the State of Oregon as the exclusive venue to adjudicate this dispute.

This Motion is made pursuant to Civil Local Rule 7.1, and is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the supporting Declaration of Dinusha Welliver and Exhibits 1-3 thereto, all of which are served and filed herewith, Plaintiff's Complaint and NIKE, Inc.'s Answer and Counterclaims, and any argument of additional evidence that is permitted by this Court.

Dated: July 17, 2019

**DLA PIPER LLP (US)**

/s/ Tamar Y. Duvdevani
Stanley J. Panikowski
401 B Street, Suite 1700
San Diego, CA 92101
Tel:  619.699.2700
Fax:  619.699.2701

Of Counsel:
Tamar Y. Duvdevani (*pro hac vice*)
Matthew N. Ganas (*pro hac vice*)
1251 Avenue of the Americas
New York, New York  10020-1104

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Tel: 212.335.4500
Fax: 212.335.4501

*Attorneys for Defendant NIKE, Inc.*