1  STANLEY J. PANIKOWSKI (Bar No. 224232)
   stanley.panikowski@dlapiper.com
2  DLA PIPER LLP (US)
   401 B Street, Suite 1700
3  San Diego, CA 92101
   Tel: 619.699.2700
4  Fax: 619.699.2701

5  Tamar Y. Duvdevani (*pro hac vice*)
   tamar.duvdevani@dlapiper.com
6  Matthew N. Ganas (*pro hac vice*)
   matt.ganas@dlapiper.com
7  DLA PIPER LLP (US)
   1251 Avenue of the Americas
8  New York, New York 10020-1104
   Tel: 212.335.4500
9  Fax: 212.335.4501

10 *Attorneys for Defendant NIKE, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KAWHI LEONARD, | CASE NO. 19-cv-01035-BAS-BGS |
|---|---|
| Plaintiff, | **DECLARATION OF DINUSHA WELLIVER IN SUPPORT OF NIKE, INC.'S MOTION TO TRANSFER VENUE** |
| v. | |
| NIKE, INC., | |
| Defendant. | |

I, Dinusha Welliver, hereby declare and state as follows:

1. I am currently employed by NIKE, Inc. as Studio Manager, Jordan Brand Design. I submit this Declaration in Support of NIKE's Motion to Transfer Venue in the above-captioned case, and I am personally familiar with the facts stated below.

2. Based on NIKE's corporate business records, and my familiarity with NIKE's design and development of trademarks, logos, and other artwork for the Jordan Brand, I understand that NIKE entered into a Men's Pro Basketball Contract with Kawhi Leonard, effective from October 1, 2011 to September 30, 2014 (the

1  "Contract"). I understand that the Contract was extended and ultimately expired on
2  September 30, 2018. Attached hereto as Exhibit 1 is a true and correct copy of the
3  Contract in redacted form.
4      3.    Pursuant to the Contract, NIKE undertook efforts to design and
5  develop a logo to be used in connection with Mr. Leonard's endorsement of NIKE
6  and Jordan Brand merchandise. In connection with that effort, Mr. Leonard sent to
7  NIKE an image of a sketch on or around April 14, 2014. Attached hereto as
8  Exhibit 2 and reproduced below is a true and correct copy of that image.



4.    NIKE hired designers to create design proposals for a logo to be used in connection with Mr. Leonard's endorsement of NIKE and Jordan Brand merchandise under the Contract. One of the designs created by NIKE's design team in 2014 is reproduced below.



5.    I understand that NIKE filed a copyright application with the United States Copyright Office to register the above design, and that application was

1  granted registration as Reg. No. VA0002097900), effective May 11, 2017 (the
2  "Registration"). Attached hereto as Exhibit 3 is a true and correct copy of the
3  Registration certificate issued to NIKE by the .

4     6. To the best my knowledge, NIKE and Mr. Leonard have not entered
5  into any other written agreement separate from the Contract that addresses the
6  creation or ownership of any trademarks, logos, designs, or other artwork by NIKE
7  or by Mr. Leonard.

10     I declare under penalty of perjury under the laws of the United States of
11 America that the foregoing is true and correct, and that I executed this declaration
12 in Beaverton, Oregon on the date below.

14 Dated: July 17, 2019

15 Dinusha Welliver

# TABLE OF CONTENTS
# EXHIBITS

| Exhibit | Description | Pages |
|---|---|---|
| 1 | Men's Pro Basketball Contract (Redacted) | 4-16 |
| 2 | Image of a sketch | 17 |
| 3 | Registration certificate issued to NIKE | 18 |