# EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-097-900**
**Effective Date of Registration:**
May 11, 2017

## Title

**Title of Work:** Kawhi Leonard Logo

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 28, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Nike, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Nike, Inc.
One Bowerman Drive, Beaverton, OR, 97005

## Rights and Permissions

**Organization Name:** Nike, Inc.
**Address:** Trademark & Copyright
One Bowerman Drive
Beaverton, OR 97005 United States

## Certification

**Name:** Per Enfield
**Date:** May 11, 2017

Exhibit 3, Page 18