STANLEY J. PANIKOWSKI (Bar No. 224232)
stanley.panikowski@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Tel: 619.699.2700
Fax: 619.699.2701

Tamar Y. Duvdevani (*pro hac vice*) (NY Bar No. 4148847)
tamar.duvdevani@dlapiper.com
Matthew N. Ganas (*pro hac vice*) (NY Bar No. 5070636)
matt.ganas@dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: 212.335.4500
Fax: 212.335.4501

*Attorneys for Defendant NIKE, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAWHI LEONARD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NIKE, INC.,<br><br>　　　　Defendant. | CASE NO. 19-cv-01035-BAS-BGS<br><br>**DECLARATION OF TAMAR DUVDEVANI IN SUPPORT OF DEFENDANT NIKE, INC.'S REPLY BRIEF IN SUPPORT OF MOTION TO TRANSFER VENUE**<br><br>Date: September 9, 2019<br>Courtroom: 4B<br>Judge: The Hon. Cynthia A. Bashant |

I, Tamar Y. Duvdevani, declare as follows:

1. I am an attorney licensed to practice law in the State of New York and a partner in the firm of DLA Piper LLP (US), and admitted in this action *pro hac vice* as counsel of record for Defendant NIKE, Inc., in the above-captioned action.

2. Attached as **Exhibit 1** is a true and correct copy of United States Trademark Registration No. 5,608,427.

3. Attached as **Exhibit 2** is a true and correct copy of Petition to Cancel filed in the United States Trademark Trial and Appeal Board for Registration No. 5,608,427.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 30th day of August, 2019 in New York, New York.

*/s/ Tamar Y. Duvdevani*
Tamar Y. Duvdevani

# TABLE OF CONTENTS
# EXHIBITS

| Exhibit | Description | Pages |
|---|---|---|
| 1 | United States Trademark Registration No. 5,608,427 | 2-3 |
| 2 | Petition to Cancel | 4-11 |