UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAWHI LEONARD,<br><br>                       Plaintiff,<br><br>   v.<br><br>NIKE, INC.,<br><br>                       Defendant. | Case No. 19-cv-01035-BAS-BGS<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**<br><br>**[ECF No. 14]** |

Presently before the Court is Defendant Nike, Inc.'s Motion for Leave to File Document Under Seal. (ECF No. 14.) Defendant seeks to file under seal portions of a Men's Pro Basketball Contract between NIKE USA, Inc., Kawhi Leonard, LLC, and Plaintiff Kawhi Leonard. Defendant states the contract contains "sensitive financial and commercial terms" regarding the parties' endorsement relationship. Nike would suffer substantial competitive harm if the contract were disclosed. Nike has filed a redacted version of the document on the public docket and only seeks to file under seal the portions of the contract that are necessary to protect Nike's competitive standing. Plaintiff does not oppose the request to seal.

The Court finds compelling reasons to seal portions of the contract. Therefore,

1 | the Court **GRANTS** Defendant's Motion to Seal.  (ECF No. 14.)  The Court directs
2 | the Clerk to accept and file under seal the requested document.
3 |     **IT IS SO ORDERED.**

**DATED: September 27, 2019**

Hon. Cynthia Bashant
United States District Judge