# UNITED STATES DISTRICT COURT

### Southern District of California

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557–5600
Fax: (619) 702–9900

John Morrill,
Clerk of Court

October 3, 2019

Clerk, U.S. District Court
District of Oregon
100 Southwest Third Avenue, Room 740
Portland, OR 97204–2802

Re: Kawhi Leonard v. Nike, Inc., Case No. 3:19–cv–01035–BAS–BGS

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.

    Sincerely yours,

    John Morrill,
    Clerk of the Court

    By: s/ J. Haslam, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: