From: info@ord.uscourts.gov
To: CASDdb_interdistricttransfer_casd
Subject: Transferred case has been opened
Date: Thursday, October 3, 2019 3:57:39 PM

CASE: 3:19-cv-01035

DETAILS: Case transferred from California Southern has been opened in District of Oregon as case 3:19-cv-01536, filed 10/03/2019.